**NONPRECEDENTIAL DISPOSITION**

To be cited only in accordance with Fed. R. App. P. 32.1

# United States Court of Appeals

## For the Seventh Circuit
### Chicago, Illinois 60604

Submitted January 31, 2018[*]
Decided February 1, 2018

Before

WILLIAM J. BAUER, *Circuit Judge*

FRANK H. EASTERBROOK, *Circuit Judge*

DANIEL A. MANION, *Circuit Judge*

| | |
|---|---|
| No. 17-3279 <br><br> ROBERT A. ESPINOZA, <br>     *Petitioner-Appellant,* <br><br>     *v.* <br><br> UNITED STATES OF AMERICA, <br>     *Respondent-Appellee.* | Appeal from the United States District Court for the Central District of Illinois. <br><br> No. 16-cv-4145 <br> Joe Billy McDade, *Judge.* |

**Order**

The judgment is affirmed on the authority of *Hill v. United States*, 877 F.3d 717 (7th Cir. 2017).

---

[*] This successive appeal has been submitted to the original panel under Operating Procedure 6(b). We have unanimously agreed to decide the case without argument because the briefs and record adequately present the facts and legal arguments, and argument would not significantly aid the court. See Fed. R. App. P. 34(a)(2)(C).